No. 5583.—Andino, aplte., *v.* Norwich Union Fire Insurance Society, Ltd., aplda.—C. D. San Juan. ▮▮▮ ▮▮▮ Febrero 18, 1931.

(Por la corte, a propuesta del Juez Presidente Señor del Toro.)
Desestimado por abandono.

No. 5590.—Turner Halsey Co., aplda., *v.* Bird, etc., apltes.—C. D. San Juan. ▮▮▮▮ Marzo 3, 1931.
Desestimado por abandono.

No. 5607.—Díaz, aplte., *v.* Polanco y Sucn. de Angelina Marcial Díaz, etc., apldos.—C. D. Aguadilla. ▮▮▮ ▮▮▮ Marzo 10, 1931.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)
Desestimado por abandono.

No. 5616.—Pons Bujosa, apldo., *v.* Ledesma, Oquendo y The Federal Land Bank of Baltimore, Porto Rico Branch, apltes.—C. D. Ponce. ▮▮▮▮ Marzo 17, 1931.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)
Desestimado por abandono.

No. 4783.—Rodríguez Vda. de Morey, et als., apldos., *v.* Ramos, aplte.—C. D. Arecibo. ▮▮▮ Noviembre 4, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)
Examinados los autos, especialmente la demanda enmendada, la relación del caso y opinión del juez de distrito y la transcripción de la evidencia; leídos los alegatos, y vistas las reglas 42 y 43 de este tribunal y la jurisprudencia constante de esta corte, se desestima la apelación interpuesta contra la sentencia dictada por la Corte de Distrito de Arecibo con fecha 3 de julio de 1928 en el caso arriba titulado.

El Juez Asociado Señor Texidor no intervino.